No. 5234.—*In Re* Ortiz, apldo., *v.* Venegas, Alcalde, aplte.—C. D. Ponce. Mayo 31, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Por los motivos consignados en la opinión emitida en el día de hoy en el *certiorari* No. 697, *Leopoldo Venegas, Alcalde de Coamo*, peticionario, v. *Corte de Distrito de Ponce, Hon. Roberto H. Todd, Jr., Juez*, demandada (p. 108), se declara con lugar dicha moción, y se desestima la apelación interpuesta.

El Juez Asociado Señor Texidor no intervino.

No. 5310.—Rodríguez, apldo., *v.* González, etc., aplte.— C. D. Guayama. Mayo 31, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Sin lugar la desestimación por no demostrarse que la apelación es académica como se alegó.

No. 5331.—Pueblo Ex Rel. Ramírez, apldo., *v.* Solá Morales, aplte.—C. D. Humacao. Julio 21, 1930.

Vista la moción de desestimación y apareciendo que la cuestión envuelta en el recurso ha llegado a ser académica por haber la Asamblea Municipal de Caguas, con el expreso consentimiento del apelante, declarado nulo su acuerdo nombrándolo alcalde, que es el cargo en controversia, se desestima la apelación interpuesta.